# Commonwealth ex rel. Robinson, Appellant, *v.* Myers.

Submitted March 19, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ

*Robert Robinson,* appellant, in propria persona.

*Gordon Gelfond* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:

The order of the Court of Common Pleas No. 2 of Philadelphia County dismissing the petition for a writ of habeas corpus is affirmed on the opinion of Judge GUERIN of the Court of Common Pleas No. 4 of Philadelphia County, as reported in 29 Pa. D. & C. 2d 400.